| | |
|---|---|
| CHRISTINE C. LYDEN (State Bar No. 110892)<br>clyden@lydenlawcorp.com<br>**LYDEN LAW CORPORATION**<br>6320 Canoga Avenue, Suite 1400<br>Woodland Hills, California 91367<br>Telephone: (818) 888-8866<br>Facsimile: (818) 888-5988<br><br>Attorneys for Plaintiff and Cross-Defendant,<br>JOHN HOLLENBERG, doing business as<br>JLH ENTERPRISES.<br><br>E. Paul Dougherty, Jr., Esq. (State Bar No. 182138)<br>paul.dougherty@wilsonelser.com<br>Craig C. Hunter, Esq. (State Bar No. 71299)<br>craig.hunter@wilsonelser.com<br>Jura Zibas, Esq. (State Bar No. 217864)<br>Jura.zibas@wilsonelser.com<br>**WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER LLP**<br>555 South Flower Street, Suite 2900<br>Los Angeles, California 90071<br>Telephone: (213) 443-5100<br>Facsimile: (213) 443-5101<br><br>Attorneys for Defendants and Cross-Complainants,<br>SKELL, INC., and LORENZO MAGGIORE | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN HOLLENBERG,<br>individually and doing business as<br>JLH ENTERPRISES,<br><br>Plaintiff,<br><br>v.<br><br>SKELL, INC., a California corporation; LORENZO MAGGIORE, an individual; and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No: CV 16-09269 BRO (SKx)<br><br>Assigned to the Honorable Beverly Reid O'Connell, United States District Judge<br><br>ORDER ON<br>**STIPULATION FOR DISMISSAL OF ACTION [FRCP 41(a)]**<br><br>Complaint Filed: October 3, 2016<br>Removal Filed: December 15, 2016<br><br>Trial Date: March 20, 2018 |

1

STIPULATION FOR DISMISSAL OF ACTION [FRCP 41(a)]

| | |
|---|---|
| 1   SKELL, INC., a California | ) |
| 2   corporation, and LORENZO | ) |
|     MAGGIORE, an individual, | ) |
| 3                            | ) |
| 4              Cross-Complainants, | ) |
| 5   v. | ) |
| 6    | ) |
| 7   JOHN HOLLENBERG, an | ) |
| 8   individual, | ) |
| 9              Cross-Defendant. | ) |

**TO THE COURT**:

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a), by plaintiff and cross-defendant, JOHN HOLLENBERG, individually and doing business as JLH ENTERPRISES, on the one hand, and defendants and cross-complainants, SKELL, INC., a California corporation, and LORENZO MAGGIORE, an individual, on the other hand, that based on settlement of the parties, the above-captioned action is dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

DATED: May 5, 2017

LYDEN LAW CORPORATION

By: _____
Christine C. Lyden
Attorneys for Plaintiff and Cross-Defendant JOHN HOLLENBERG, individually and doing business as JLH ENTERPRISES

DATED: May 5, 2017

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By: _____
E. Paul Dougherty, Jr.
Craig C. Hunter
Jura Zibas
Attorneys for Defendants and Cross-
Complainants SKELL, INC., and
LORENZO MAGGIORE

**IT IS SO ORDERED.**
**DATED:** May 12, 2017
_____
**UNITED STATES DISTRICT JUDGE**